IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JENNIFER GRUTZMACHER,

        Plaintiffs,

v.

PERFORMANT RECOVERY, INC.
DBA DIVERSIFIED COLLECTIONS
SERVICES,

        Defendants.

No. C 13-04107 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 23, 2014.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 26, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 4/16/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 13-04107 RS
STANDBY ORDER OF DISMISSAL