**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER GRUTZMACHER, | ) Case No. 3:13-cv-04107-RS |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| PERFORMANT RECOVERY, INC. DBA DIVERSIFIED COLLECTIONS SERVICES, | ) **Hon. Richard Seeborg** |
| Defendants. | ) |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this <u>26th</u> day of August, 2014.

_____
The Honorable Richard Seeborg